AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

United States of America
v.
CHRISTOPHER JASON BROSSETT
and
BRADY ALLEN HOWARD

*Defendant(s)*

Case No. 3:26mj315/HTC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 1, 2025 to August 1, 2025 in the county of Okaloosa in the Northern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1343 & 1349 | Wire Fraud and Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Md Alam, IRS-CI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug 31, 2026

[signature]
*Judge's signature*

City and state: Pensacola, Florida

Hope T. Cannon, U.S. Magistrate Judge
*Printed name and title*

FILED USDC FLND PN
AUG 31 '26 PM3:51